UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:  Case No. 14-22066
 Chapter 13 Proceeding
Daniel Harborth,  Honorable Daniel S. Opperman
 Debtor
_____/

## OBJECTION TO PROOF OF CLAIM 3-1 IRS

NOW COMES the debtor(s), Daniel Harborth, by and through his counsel, Kimberly Kramer, P.L.C., by Kimberly A. Kramer, and for his Objection states as follows:

1. That the IRS filed Proof of Claim 3-1 on September 22, 2014 alleging tax, interest and penalties due as follows: (Exhibit "B")

| Tax Year | Tax | Interest | Penalty | TOTAL |
|---|---|---|---|---|
| *Unsecured Priority* | | | | |
| 2011 | $1,263.00 | $95.09 | | |
| 2012 | $3,290.80 | $143.41 | | |
| 2013 | $3,940.60 | $50.19 | $316.66 | |
| *Unsecured General* | | | | |
| 2010 | $2,427.00 | $274.78 | $606.12 | |
| TOTAL | $10,921.40 | $563.47 | $922.78 | $12,407.65 |

2. That debtor's tax liability is as follows: (Exhibit "C")

| Tax Year | Tax Due |
|---|---|
| 2011 | $1,263.00 |
| 2012 | $1,444.00 |
| 2013 | $2,032.00 |
| 2010 | $0.00 |
| TOTAL | $4,739.00 |

3. That a proposed Order is attached; (Exhibit "A")

WHEREFORE, debtor(s) respectfully request this Honorable Court sustain his Objection and limit the claim to $4,739.00.

Respectfully Submitted,

Dated: October 29, 2014

KIMBERLY KRAMER, P.L.C.
/s/ Kimberly A. Kramer
KIMBERLY A. KRAMER (P59045)
Attorney for Debtor
916 Washington Avenue, Suite 320
Bay City, MI 48708
(989) 671-4333
Kimberlykramerplc@sbcglobal.net

In the Matter of:                         Case No. 14-22066
                                              Chapter 13 Proceeding

Daniel Harborth,                   Honorable Daniel S. Opperman

                            **Debtor**
_____/

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM 3-1 IRS

THIS MATTER, having come before the Court on the Objections of the debtor(s) to the claim of the Internal Revenue Service, and this Court being otherwise fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the objection to the Internal Revenue Service's proof of claim 3-1 is sustained and the claim is limited to $4,739.00.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** DANIEL F HARBORTH
1923 5TH ST
BAY CITY, MI 48708



**Form 10 Attachment**

| Case Number |
|---|
| 14-22066-DOB |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 09/16/2014 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

### Unsecured Priority Claims  under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-7429 | INCOME | 12/31/2011 | 05/28/2012 | owe: 1263.00 | $1,263.00 | $95.09 |
| XXX-XX-7429 | INCOME | 12/31/2012 | ! Unassessed-No Return | owe: 1444.00 | $3,290.80 | $143.41 |
| XXX-XX-7429 | INCOME | 12/31/2013 | ! Unassessed-No Return | owe: 2032.00 | $3,940.60 | $50.19 |
| | | | | | $8,494.40 | $288.69 |

**Total Amount of Unsecured Priority Claims:** $8,783.09

### Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-7429 | INCOME | 12/31/2010 | 07/16/2012 | Refund: 374.00 | $2,427.00 | $274.78 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $316.66
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $606.12

**Total Amount of Unsecured General Claims:** $3,624.56

! UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

# Form 1040 — U.S. Individual Income Tax Return — 2011

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning , 2011, ending , 20  See separate instructions.

Your first name and initial: DAHIEL F
Last name: HARBORTH
Your social security number: 7429

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.: 1923 5TH
Apt. no.:

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).: BAY CITY, MI 48708

Foreign country name: 
Foreign province/county: 
Foreign postal code: 

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

## Filing Status
Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b ☐ Spouse

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you:
• did not live with you due to divorce or separation (see instructions):
Dependents on 6c not entered above:

c Dependents:
(1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed.
Add numbers on lines above ▶ 1

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 18,888. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 9,460. |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 28,348. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 28,348. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11320B  Form **1040** (2011)
CDA

Form 1040 (2011) DAHIEL F HARBORTH ‑ ‑7429 Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 28,348. |
| | 39a | Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| Standard Deduction for— | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 5,800. |
| • People who check any box on line 39a or 39b **or** who **can be** claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 22,548. |
| | 42 | **Exemptions.** Multiply $3,700 by the number on line 6d | 42 | 3,700. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 18,848. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | 2,399. |
| • All others: Single or Married filing separately, $5,800 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 2,399. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | |
| Married filing jointly or Qualifying widow(er), $11,600 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| Head of household, $8,500 | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 2,399. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 2,399. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,136. |
| | 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) . . . . NO . . . | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 1,136. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2012 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 1,263. |
| | 77 | Estimated tax penalty (see instructions) . . . . . 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature [signed] Date Your occupation BARTENDER Daytime phone number | | | |
| | Spouse's signature. If a joint return, **both** must sign. Date Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | | |
| **Paid Preparer Use Only** | Print/Type preparer's name Preparer's signature SELF-PREPARED Date Check ☐ if self-employed PTIN | | | |
| | Firm's name ▶ Firm's EIN ▶ | | | |
| | Firm's address ▶ Phone no. | | | |

Form **1040** (2011)

CDA

# Form 1040 — U.S. Individual Income Tax Return — 2012

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning _____, 2012, ending _____, 20 _____   See separate instructions.

Your first name and initial: **DANIEL F**    Last name: **HARBORTH**    Your social security number: **7429**

If a joint return, spouse's first name and initial: _____   Last name: _____   Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.: _____
**321 S FARRAGUT**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**BAY CITY, MI 48708**

Foreign country name: _____   Foreign province/state/county: _____   Foreign postal code: _____

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

## Filing Status (Check only one box.)

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c. Dependents: (none listed)

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you: _____
• did not live with you due to divorce or separation (see instructions): _____
Dependents on 6c not entered above: _____

d. Total number of exemptions claimed.  Add numbers on lines above ▶ **1**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7. Wages, salaries, tips, etc. Attach Form(s) W-2 ............ 7   **25,196.**
8a. Taxable interest. Attach Schedule B if required .......... 8a
b. Tax-exempt interest. Do not include on line 8a . . . 8b
9a. Ordinary dividends. Attach Schedule B if required . . . . . 9a
b. Qualified dividends . . . . . . . . . 9b
10. Taxable refunds, credits, or offsets of state and local income taxes . . . . . . 10
11. Alimony received . . . . . . . . . . . . . . . . . . 11
12. Business income or (loss). Attach Schedule C or C-EZ . . . . . . . 12
13. Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐   13
14. Other gains or (losses). Attach Form 4797 . . . . . . . . . . 14
15a. IRA distributions . 15a _____   b Taxable amount . . . 15b
16a. Pensions and annuities 16a _____   b Taxable amount . . . 16b
17. Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E  17
18. Farm income or (loss). Attach Schedule F . . . . . . . . . . 18
19. Unemployment compensation . . . . . . . . . . . . 19   **5,739.**
20a. Social security benefits   20a _____   b Taxable amount . . . 20b
21. Other income. List type and amount _____   21
22. Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶  22   **30,935.**

## Adjusted Gross Income

23. Educator expenses . . . . . . . . . . . 23
24. Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24
25. Health savings account deduction. Attach Form 8889 .   25
26. Moving expenses. Attach Form 3903 . . . . . . . . 26
27. Deductible part of self-employment tax. Attach Schedule SE .   27
28. Self-employed SEP, SIMPLE, and qualified plans . . . 28
29. Self-employed health insurance deduction . . . . . 29
30. Penalty on early withdrawal of savings . . . . . . 30
31a. Alimony paid   b Recipient's SSN ▶ _____   31a
32. IRA deduction . . . . . . . . . . . . . 32
33. Student loan interest deduction . . . . . . . . 33
34. Tuition and fees. Attach Form 8917 . . . . . . . 34
35. Domestic production activities deduction. Attach Form 8903   35
36. Add lines 23 through 35 . . . . . . . . . . . . . . . . . 36   **0.**
37. Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶  37   **30,935.**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2012)

Form 1040 (2012) DANIEL F HARBORTH  7429  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 30,935. |
| | 39a | Check if: ☐ You were born before January 2, 1948, ☐ Blind. ☐ Spouse was born before January 2, 1948, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,950. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 24,985. |
| | 42 | Exemptions. Multiply $3,800 by the number on line 6d | 42 | 3,800. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 21,185. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | 2,741. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| • All others: Single or Married filing separately, $5,950 | 46 | Add lines 44 and 45 ▶ | 46 | 2,741. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 48 | | |
| Married filing jointly or Qualifying widow(er), $11,900 | 49 | Education credits from Form 8863, line 19 . . . . . 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . 51 | | |
| Head of household, $8,700 | 52 | Residential energy credits. Attach Form 5695 . . . . 52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ 53 | | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 2,741. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 2,741. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . 62 1,297. | | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) . . . . . . NO . . . . 64a | | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . . 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 . . . . 66 | | |
| | 67 | Reserved . . . . . . . . . . . . . . . . 67 | | |
| | 68 | Amount paid with request for extension to file . . . . . 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . . 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8801 d ☐ 8885 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 1,297. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here . ▶ ☐ | 74a | |
| Direct deposit? See instructions. | ▶ b | Routing number \| \| \| \| \| \| \| \| ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number \| \| \| \| \| \| \| \| \| \| \| \| | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 1,444. |
| | 77 | Estimated tax penalty (see instructions) . . . . . . . 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See instructions. Keep a copy for your records. | Your signature ▶ *[signature]* | Date 10/4/ | Your occupation BARTENDER | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature SELF-PREPARED | Date | Check ☐ if self-employed  PTIN |
| | Firm's name ▶ | | Firm's EIN ▶ | |
| | Firm's address ▶ | | Phone no. | |

Form **1040** (2012)

CDA

# Form 1040 — U.S. Individual Income Tax Return — 2013

Department of the Treasury—Internal Revenue Service (99) OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning , 2013, ending , 20 See separate instructions.

Your first name and initial: **DANIEL F**  
Last name: **HARBORTH**  
Your social security number: 7429

If a joint return, spouse's first name and initial: —  
Last name: —  
Spouse's social security number: —

Home address (number and street). If you have a P.O. box, see instructions.: **1923 5TH STREET**  
Apt. no.: —

City, town or post office, state, and ZIP code.: **BAY CITY, MI 48708**

Foreign country name / Foreign province/state/county / Foreign postal code: —

Presidential Election Campaign: ☐ You ☐ Spouse

## Filing Status
1. ☒ Single
2. ☐ Married filing jointly
3. ☐ Married filing separately
4. ☐ Head of household
5. ☐ Qualifying widow(er) with dependent child

## Exemptions
- 6a ☒ Yourself
- 6b ☐ Spouse
- Boxes checked on 6a and 6b: **1**
- d. Total number of exemptions claimed — Add numbers on lines above: **1**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 31,234. |
| 8a | Taxable interest | |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss) | |
| 13 | Capital gain or (loss) | |
| 14 | Other gains or (losses) | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss) | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** | 31,234. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials | |
| 25 | Health savings account deduction | |
| 26 | Moving expenses | |
| 27 | Deductible part of self-employment tax | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees | |
| 35 | Domestic production activities deduction | |
| 36 | Add lines 23 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 31,234. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2013)

CDA

Form 1040 (2013) DANIEL F HARBORTH — -7429  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 31,234. |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 6,100. |
| | 41 | Subtract line 40 from line 38 | 41 | 25,134. |
| | 42 | Exemptions. If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 3,900. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 21,234. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ ____ | 44 | 2,738. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 2,738. |
| • All others: Single or Married filing separately, $6,100 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| Married filing jointly or Qualifying widow(er), $12,200 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| Head of household, $8,950 | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ____ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 2,738. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) ____ | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 2,738. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 706. |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) . . . NO. | 64a | |
| | b | Nontaxable combat pay election | 64b | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 706. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | b | Routing number | | c Type: ☐ Checking ☐ Savings |
| | d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2014 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 2,032. |
| | 77 | Estimated tax penalty (see instructions) | 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature [signed] Date 4/13/13 Your occupation BARTENDER Daytime phone number

Spouse's signature. If a joint return, both must sign. Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature SELF-PREPARED | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Form **1040** (2013)

CDA

# Form 1040 — U.S. Individual Income Tax Return — 2010

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074

**Name, Address, and SSN**
Your first name and initial: DANIEL F
Last name: HARBORTH
Your social security number: ___-__-7429

Home address (number and street): 1923 5TH STREET
City, town or post office, state, and ZIP code: BAY CITY, MI 48708

**Filing Status:** 1 [X] Single

**Exemptions:** 6a [X] Yourself
Boxes checked on 6a and 6b: 1
Add numbers on lines above: 1

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 13,929. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** | 13,929. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 36 | Add lines 23 through 31a and 32 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 13,929. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2010)

CDA

Form 1040 (2010) DANIEL F HARBORTH - -7429 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 13,929. |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see instructions) | 40 | 5,700. |
| | 41 | Subtract line 40 from line 38 | 41 | 8,229. |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 3,650. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 4,579. |
| | 44 | **Tax** (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 458. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 458. |
| | 47 | Foreign tax credit. Attach Form 1116 if required ... 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441  48 | | |
| | 49 | Education credits from Form 8863, line 23 ... 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880  50 | | |
| | 51 | Child tax credit (see instructions) ... 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 ... 52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ___  53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 458. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Form(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** ▶ | 60 | 458. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099  61  432. | | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return  62 | | |
| | 63 | Making work pay credit. Attach Schedule M ... 63  400. | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** ... NO ... 64a | | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 ... 65 | | |
| | 66 | American opportunity credit from Form 8863, line 14 ... 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 ... 67 | | |
| | 68 | Amount paid with request for extension to file ... 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld ... 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 ... 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885  71 | | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 832. |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | 374. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 374. |
| Direct deposit? See instructions. | b | Routing number  ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) ... 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

**Sign Here**
Joint return? See page 12. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 4/19/10 | Your occupation LARBOR | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature SELF-PREPARED | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Form 1040 (2010)

CDA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:  Case No. 14-22066
 Chapter 13 Proceeding
Daniel Harborth,  Honorable Daniel S. Opperman

                Debtor
_____/

## NOTICE OF OBJECTION TO PROOF OF CLAIM 3-1 IRS

Debtor has filed an objection to your claim in his bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before November 28, 2014, you or your lawyer must:

a.     File with the court a written response to the objection, explaining your position at:

        United States Bankruptcy Court
        111 First Street
        P.O. Box 911
        Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Kimberly A. Kramer             Thomas W. McDonald, Jr.
Attorney for Debtors            Chapter 13 Trustee
916 Washington Ave., Ste. 320   3144 Davenport Avenue
Bay City, MI 48708              Saginaw, MI 48602
(989) 671-4333                    (989) 672-6766

b.     Attend the hearing on the objection, scheduled to be held on **December 4, 2014 at 10:00 a.m.** at United States Bankruptcy Court, 111 First Street, Bay City, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. . (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which even the hearing will be canceled, and the objection sustained.**

                                         Respectfully Submitted,
                                         **KIMBERLY KRAMER, P.L.C.**
Dated: October 29, 2014                 /s/ Kimberly A. Kramer
                                         KIMBERLY A. KRAMER (P59045)
                                         Attorney for Debtor
                                         916 Washington Avenue, Suite 320
                                         Bay City, MI 48708
                                         (989) 671-4333
                                         Kimberlykramerplc@sbcglobal.net

| | |
|---|---|
| In the Matter of: | Case No. 14-22066<br>Chapter 13 Proceeding |
| Daniel Harborth, | Honorable Daniel S. Opperman |
| Debtor | |
| _____/ | |

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN   )
                    )SS.
COUNTY OF BAY       )

The following entities were served by first class mail on October 29, 2014;

    Michigan Department of Treasury, Revenue and Collections Division, First Floor, Treasury Building, Lansing, MI 48922;

    Office of the U.S. Attorney, 101 First St., Ste. 200, Bay City, MI 48708;

    Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

    IRS, P.O. Box 330500, Stop 15, Detroit, MI 48226;

    Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

The following entities were served by electronic transmission October 29, 2014;

    Thomas W. McDonald, Jr.   ecf@mcdonald13.org

I, Valerie E. Groulx, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**OBJECTION TO PROOF OF CLAIM 3-1 IRS**

                                                                             /s/ Valerie E. Groulx
                                                                             VALERIE E. GROULX

PREPARED BY:
KIMBERLY KRAMER, P.L.C.
BY: KIMBERLY A. KRAMER (P59045)
Attorney for Debtor(s)
916 Washington Ave., Ste. 320
Bay City, MI 48708
(989) 671-4333
kimberlykramerplc@sbcglobal.net