UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:                            Case No. 14-22066
                                          Chapter 13 Proceeding
Daniel Harborth,                       Honorable Daniel S. Opperman
                     Debtor
_____/

## OBJECTION TO PROOF OF CLAIM 3-3 IRS

NOW COMES the debtor(s), Daniel Harborth, by and through his counsel, Kimberly Kramer, P.L.C., by Kimberly A. Kramer, and for his Objection states as follows:

1. That the IRS filed Proof of Claim 3-1 September 22, 2014 and an objection to Proof of Claim 3-1 was filed on October 29, 2014.

2. That the IRS filed an amended Proof of Claim 3-2 on October 29, 2014 and the objection to Proof of Claim 3-1 was withdrawn on October 31, 2014;

3. That the IRS filed a second amended Proof of Claim 3-3 on December 16, 2014; (Exhibit "A")

4. That Proof of Claim 3-3 alleges $4,241.98 general unsecured due from tax year 2010;

5. That debtor did not owe tax liability in tax year 2010; (Exhibit "B")

6. That a Proposed Order is attached; (Exhibit "C")

WHEREFORE, debtor respectfully requests this Honorable Court sustain his Objection and limit the claim to $4,965.48 priority debt only.

Respectfully Submitted,
KIMBERLY KRAMER, P.L.C.
/s/ Kimberly A. Kramer

Dated: December 19, 2014

KIMBERLY A. KRAMER (P59045)
Attorney for Debtor
916 Washington Avenue, Suite 320
Bay City, MI 48708
(989) 671-4333
Kimberlykramerplc@sbcglobal.net

| UNITED STATES BANKRUPTCY COURT EASTERN _____ DISTRICT OF MICHIGAN _____ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: <br><br>DANIEL F HARBORTH | Case Number: <br><br>14-22066-DOB | |
| NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.* | | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property): <br>Department of the Treasury - Internal Revenue Service | | COURT USE ONLY |
| Name and address where notices should be sent: <br>Internal Revenue Service <br>P.O. Box 7346 <br>Philadelphia, PA  19101-7346 <br><br>Telephone number: 1-800-973-0424    email:    Creditor Number: 23096406 | | ■ Check this box if this claim amends a previously filed claim. <br><br>Court Claim Number:_____ 3 <br>*(If known)* <br><br>Filed on: ___09/19/2014___ |
| Name and address where payment should be sent (if different from above): <br>Internal Revenue Service <br>P.O. Box 7317 <br>Philadelphia, PA  19101-7317 <br><br><br>Telephone Number: 1-800-973-0424    email: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

1. **Amount of Claim as of Date Case Filed:** $ 9,207.46_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** ___Taxes_____
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: <br><br>___See Attachment___ | 3a. Debtor may have scheduled account as: <br><br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional): <br><br><br>(See instruction #3b) |
|---|---|---|
| **4. Secured Claim** (See instruction #4) <br>Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information. | | Amount of arrearage and other charges, as of the time case filed, included in secured claim, if any: <br><br>$ _____ |
| Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other <br>Describe: | | Basis for perfection: _____ |
| Value of Property:$_____ | | Amount of Secured Claim: $_____ |
| Annual Interest Rate ___%   ☐ fixed  or  ☐ variable <br>(when case was filed) | | Amount Unsecured:   $_____ |

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. § 507 (a)(4). | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). <br><br>Amount entitled to priority: <br>$ 4,965.48_____ |
|---|---|---|
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7). | ■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8). | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6.)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: ZUBAIDAN F NEEDHAM
Title:     Bankruptcy Specialist
Company:   Internal Revenue Service

/s/ ZUBAIDAN F NEEDHAM          12/15/2014
(Signature)                     (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
PO BOX 330500
M/S 15
DETROIT, MI 48232-6500

Telephone number: (313) 628-3627      Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** DANIEL F HARBORTH
1923 5TH ST
BAY CITY, MI 48708

Form 10 Attachment

| Case Number |
|---|
| 14-22066-DOB |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 09/16/2014 |

Amendment No. 2 to Proof of Claim dated 09/19/2014.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-7429 | INCOME | 12/31/2011 | 05/28/2012 | $1,263.00 | $95.09 |
| XXX-XX-7429 | INCOME | 12/31/2012 | 12/08/2014 | $1,444.00 | $89.72 |
| XXX-XX-7429 | INCOME | 12/31/2013 | 12/15/2014 | $2,032.00 | $41.67 |
| | | | | $4,739.00 | $226.48 |

**Total Amount of Unsecured Priority Claims:** **$4,965.48**

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-7429 | INCOME | 12/31/2010 | 07/16/2012 | $2,427.00 | $274.78 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $934.08
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $606.12

**Total Amount of Unsecured General Claims:** **$4,241.98**

# Form 1040 — U.S. Individual Income Tax Return — 2010

B

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074
(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning _____, 2010, ending _____, 20____

**Name, Address, and SSN**
See separate instructions.

Your first name and initial: DANIEL F
Last name: HARBORTH
Your social security number: ___ — ___ — 7429

If a joint return, spouse's first name and initial: (blank)
Last name: (blank)
Spouse's social security number: (blank)

Home address (number and street): 1923 5TH STREET
Apt. no.: (blank)

City, town or post office, state, and ZIP code: BAY CITY, MI 48708

Make sure the SSN(s) above and on line 6c are correct.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund ... ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents: (blank)

No. of children on 6c who:
- lived with you: ___
- did not live with you due to divorce or separation (see instructions): ___
- Dependents on 6c not entered above: ___

d Total number of exemptions claimed — Add numbers on lines above ▶ **1**

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see page 20.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 13,929. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 13,929. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 13,929. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B  Form **1040** (2010)

CDA

Form 1040 (2010) DANIEL F HARBORTH - -7429 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 13,929. |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see instructions) | 40 | 5,700. |
| | 41 | Subtract line 40 from line 38 | 41 | 8,229. |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 3,650. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 4,579. |
| | 44 | **Tax** (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 458. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 458. |
| | 47 | Foreign tax credit. Attach Form 1116 if required ... 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 ... 48 | | |
| | 49 | Education credits from Form 8863, line 23 ... 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 ... 50 | | |
| | 51 | Child tax credit (see instructions) ... 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 ... 52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ___ ... 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 458. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Form(s) W-2, box 9 b ☐ Schedule H c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** ▶ | 60 | 458. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 ... 61 | 432. | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return ... 62 | | |
| | 63 | Making work pay credit. Attach Schedule M ... 63 | 400. | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) ... NO ... 64a | | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 ... 65 | | |
| | 66 | American opportunity credit from Form 8863, line 14 ... 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 ... 67 | | |
| | 68 | Amount paid with request for extension to file ... 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld ... 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 ... 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 ... 71 | | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 832. |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | 374. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 374. |
| Direct deposit? See instructions. | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) ... 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |
| **Sign Here** Joint return? See page 12. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature | Date 4/19/10 | Your occupation LARBOR | Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature SELF-PREPARED | Date | Check ☐ if self-employed | PTIN |
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

Form (2010)

CDA

C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:                           Case No. 14-22066
                                            **Chapter 13 Proceeding**
Daniel Harborth,                            Honorable Daniel S. Opperman
                            **Debtor**
_____/

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM 3-3 IRS

THIS MATTER, having come before the Court on the Objections of the debtor(s) to the claim of the Internal Revenue Service, and this Court being otherwise fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the objection to the Internal Revenue Service's proof of claim 3-3 is sustained and the claim is limited to $4,965.48 priority debt only.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:  Case No. 14-22066
                   Chapter 13 Proceeding
Daniel Harborth,   Honorable Daniel S. Opperman
                Debtor
                                       /

## NOTICE OF OBJECTION TO PROOF OF CLAIM 3-3 IRS

Debtor has filed an objection to your claim in his bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before February 5, 2015, you or your lawyer must:

a. File with the court a written response to the objection, explaining your position at:

United States Bankruptcy Court
111 First Street
P.O. Box 911
Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Kimberly A. Kramer                Thomas W. McDonald, Jr.
Attorney for Debtors              Chapter 13 Trustee
916 Washington Ave., Ste. 320     3144 Davenport Avenue
Bay City, MI 48708                Saginaw, MI 48602
(989) 671-4333                    (989) 672-6766

b. Attend the hearing on the objection, scheduled to be held on **February 12, 2015 at 10:00 a.m.** at United States Bankruptcy Court, 111 First Street, Bay City, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. . (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which even the hearing will be canceled, and the objection sustained.**

Respectfully Submitted,
**KIMBERLY KRAMER, P.L.C.**
Dated: December 19, 2014
/s/ Kimberly A. Kramer
KIMBERLY A. KRAMER (P59045)
Attorney for Debtor
916 Washington Avenue, Suite 320
Bay City, MI 48708
(989) 671-4333
Kimberlykramerplc@sbcglobal.net

In the Matter of:  Case No. 14-22066
Chapter 13 Proceeding
Daniel Harborth, Honorable Daniel S. Opperman
                         Debtor
_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN   )
                                 )SS.
COUNTY OF BAY        )

The following entities were served by first class mail on December 19, 2014:

    Michigan Department of Treasury, Revenue and Collections Division, First Floor, Treasury Building, Lansing, MI 48922;

    Office of the U.S. Attorney, 101 First St., Ste. 200, Bay City, MI 48708;

    Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

    IRS, P.O. Box 330500, Stop 15, Detroit, MI 48226;

    Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

The following entities were served by electronic transmission on December 19, 2014:

    Thomas W. McDonald, Jr.   ecf@mcdonald13.org

I, Valerie E. Groulx, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**OBJECTION TO PROOF OF CLAIM 3-3 IRS**

                                                  /s/  Valerie E. Groulx
                                                  VALERIE E. GROULX

PREPARED BY:
KIMBERLY KRAMER, P.L.C.
BY: KIMBERLY A. KRAMER (P59045)
Attorney for Debtor(s)
916 Washington Ave., Ste. 320
Bay City, MI 48708
(989) 671-4333
kimberlykramerplc@sbcglobal.net